(October 9, 1981)

■ In the Matter of SUSAN A. STAFFORD, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. — Application for an order suspending respondent as an attorney and counselor at law for her failure to appear, pursuant to an order of this court dated August 18, 1981, for examination regarding an inquiry under investigation by petitioner. Application granted by default and respondent, Susan A. Stafford, suspended as an attorney and counselor at law until further order of this court. Order entered. Mahoney, P.J., Sweeney, Kane, Main and Casey, JJ., concur.

■ In the Matter of BARRY B. SPARKS, JR., Appellant, v NEBRASKA O. BRACE, et al., Respondents. — Appeal from a judgment of the Supreme Court at Trial Term (Cerrito, J.), entered September 29, 1981 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to section 16-102 of the Election Law, to challenge the results of the Democratic Party primary election for the position of Alderman for the Third Ward in the City of Albany. Judgment affirmed, without costs *(Matter of Goodman v Hayduk*, 45 NY2d 804). Mahoney, P.J., Sweeney, Main, Mikoll and Yesawich, Jr., JJ., concur.